**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
2/8/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: MG DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES ET AL.,<br><br>Defendants. | Case No. 2:17-cv-08501 JGB (SPx)<br><br>**JUDGMENT FOR PLAINTIFF AS AGAINST DEFENDANT COUNTY OF LOS ANGELES ONLY** |

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure and in accordance with the terms of the offer of judgment served December 29, 2017 by defendant County of Los Angeles (see doc. 33), judgment is hereby entered in favor of Plaintiff as against defendant County of Los Angeles only, in the amount of $20,000.00. Defendant Los Angeles County Sheriff's Department is dismissed with prejudice.

DATED:

**CLERK OF COURT**
United States District Court

by _____
Clerk / Deputy Clerk

-1-

00123196.WPD